IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WILLIAM KEITH JARRELL, | * |
| Plaintiff, | * |
| vs. | * CASE NO. 4:18-CV-186 (CDL) |
| JOHN THOMPSON, *et al.*, | * |
| Defendants. | * |

O R D E R

After a de novo review of the record in this case, the Order and Report and Recommendation filed by the United States Magistrate Judge on April 24, 2019 is hereby approved, adopted, and made the Order of the Court.

To the extent that Plaintiff's filing on April 29, 2019 (ECF No. 35) objects to the Report and Recommendation, the Court considered that filing, and it does not alter the Court's conclusion regarding the adoption of the Magistrate Judge's recommendation.

IT IS SO ORDERED, this 21st day of May, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA